AO451 (Rev. 12/93) Certification of Judgment

# United States District Court

## DISTRICT OF COLORADO

ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.

Plaintiff,

v.

SDMS, INC., et al.,

Defendants.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

FILED 2009 JUL 10 PM 3:53

09mc 196-UA

CASE NUMBER: ~~06-cv-01212-PAB-BNB~~

I, _____Gregory C. Langham_____ CLERK of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____March 9, 2009_____, as
(Date)
it appears in the records of this court, and that

no notice of appeal from judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of the Court.

_____July 7, 2009_____
(Date)

_____Gregory C. Langham_____
(Clerk)

[signature]
(By) Deputy Clerk

** Insert the appropriate language:......."no notice of appeal from the judgment has been filed, and no motion of any kind is listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."......."no notice of appeal from this judgment has been filed, and any motion of the kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [Date]."......."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [Date]."......." an appeal was taken from this judgment and the appeal was dismissed by order entered on [Date]."

(† Note: The motions listed in Rule 4(a), Federal Rules of Appeal Procedure are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILIP A. BRIMMER

Civil Action No. 06-cv-01212-PAB-BNB

ROCKY MOUNTAIN CHOCOLATE FACTORY, Inc., a Colorado Corporation,

    Plaintiff(s),

v.

SDMS, Inc.,
THOMAS P. ANDERSON, individually and
KENNETH PECUS, individually,

    Defendant(s).

and

SDMS, Inc.,
THOMAS P. ANDERSON, and
KENNETH PECUS,

    Counter-Claimants,

v.

ROCKY MOUNTAIN CHOCOLATE FACTORY, Inc.

    Counter-Defendant.

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 7 day of July 2009
GREGORY C. LANGHAM
By _____ Deputy

## JUDGMENT

Pursuant to and in accordance with the Order entered on November 30, 2007, by Judge Wiley Y. Daniel, which is incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion for Summary Judgment, filed August 20, 2007 is granted in part and denied in part. The motion is granted as to any alleged future violations of the Lanham Act of the Colorado Uniform Trade Secrets Act based on the injunctive relief that has issued in this case and denied as to the claims for past infringement and/or violations of

the Lanham Act and Colorado Uniform Trade Secrets Act. It is

Page Two

06-cv-01212-PAB-BNB

FURTHER ORDERED that Plaintiff's Motion for Summary Judgment, filed October 24, 2007 is granted in part and denied in part. The motion is granted on the Fraud Counterclaim as to the third misrepresentation regarding competition in the work place and the Third, Fifth and Eighth counterclaims and denied as to all remaining Fraud Counterclaims.

The matter proceeded to trial on the plaintiffs remaining claims February 23, 2009 through February 25, 2009 before Judge Philip A. Brimmer.

Pursuant to and in accordance with the Findings of Fact and Conclusion of Law, entered on March 4, 2009, by Judge Philip A. Brimmer, which is incorporated herein by reference as if fully set forth, it is

FURTHER ORDERED that judgment shall enter in the favor of plaintiff Rocky Mountain Chocolate Factory, Inc. and against defendants SDMS, Inc., Thomas P. Anderson, and Kenneth Pecus as to plaintiff's Third Claim for breach of contract. It is

FURTHER ORDERED that judgment shall enter against defendants SDMS, Inc., Thomas P. Anderson, and Kenneth Pecus and in favor of plaintiff Rocky Mountain Chocolate Factory, Inc. on defendants' First, Second, Fourth, and Sixth Counterclaims. It is

FURTHER ORDERED that Plaintiff Rocky Mountain Chocolate Factory, Inc. is awarded actual damages in the amount of $33,109. It is

FURTHER ORDERED that Plaintiff Rocky Mountain Chocolate Factory, Inc. is entitled to its non-taxable costs and reasonable attorney's fees, as determined by the Court, incurred because of this case. See D.C.COLO.LCivR 54.3 and Fed. R. Civ. P. 54(d)(2). It is

Page Three

06-cv-01212-PAB-BNB

FURTHER ORDERED that plaintiff may have its costs upon the filing of a Bill of Costs within ten days from entry of judgment. It is

FURTHER ORDERED that post-judgment interest shall accrue at the legal rate of .68% from the date of entry of this Judgment.

DATED at Denver, Colorado, this ___9th___ day of March, 2009.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By: s/ Edward P. Butler
     Edward P. Butler
     Deputy Clerk

APPROVED:

s/ Philip A. Brimmer
Philip A. Brimmer, Judge
United States District

```
7/10/2009 4:16:39 PM  Receipt #: 120356
       Cashier : CMAH [LA 1-1]
Paid by: L.A. DEPOSITIONS, INC
2:MC09-00196
2009-086900      Indexing Misc. paper(1)
Amount :                          $20.00
2:MC09-00196
2009-510000    Judicial Services ($19)(1)
Amount :                          $19.00
Check Payment : 33671 /            39.00
Total Payment :                    39.00
```